IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-348-JLK**

**UNITED STATES OF AMERICA,**

　　　　　　　Plaintiff,

v.

**1.　　ISHODA ISHODA,**

　　　　　　　Defendant.

---

**MINUTE ORDER**
***(Changing time of Sentencing Hearing)***

---

Judge John L. Kane **ORDERS**

　　　The time of the Sentencing Hearing set for January 12, 2010 is changed to **3:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  January 5, 2011